JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MAZAMA TAZAMA,<br><br>                    Petitioner,<br><br>        v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Respondent. | Case No. 5:26-cv-00462-SPG-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: May 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-